**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jamie M. Carlson,                                    Civil No. 11-1480 (DWF/SER)

        Petitioner,

v.                                                          **ORDER ADOPTING REPORT**
                                                             **AND RECOMMENDATION**

Warden Bruce Reiser,

        Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated January 31, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

      1.     Carlson's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. [1]) is **DENIED**.

      2.     This action is **DISMISSED WITH PREJUDICE**.

      3.     Carlson's request for a Certificate of Appealability is **DENIED**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2012      s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge